UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCE BURGESS,

     Plaintiff,

v.

THIRD JUDICIAL CIRCUIT COURT
OF MICHIGAN, et al.

     Defendants.

Case No. 26-cv-12471

Honorable Robert J. White

## ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

Vince Burgess is a current litigant in Wayne County Circuit Court's civil division. The complaint appears to allege that the state court and unnamed court employees violated 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, and section 504 of the Rehabilitation Act when they forced Burgess to comply with unspecified "fluid, unwritten hyper-technical standards" that are resulting in "arbitrary technical rejections, direct structural staff contact to resolve clerical errors [*sic*], and a waiver of rigid technical 'Court Protocol' rejections when standard SCAO forms were utilized [*sic*]." (ECF No. 1-1, PageID.8). These "violations" seem to have caused "the systematic exclusion of a litigant with severe mental, emotional, and sleep disorders" – presumably Burgess – "from meaningful

participation in the state court system. (*Id.*, PageID.7).   After reviewing the complaint, the Court finds that it lacks the requisite subject matter jurisdiction to entertain this litigation.

Because these allegations are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion" the Court is without jurisdiction to adjudicate them. *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999); *see also Hagans v. Lavine*, 415 U.S. 528, 536-537 (1974).

Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Burgess's application to proceed without prepaying the filing fee (ECF No. 2) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: July 22, 2026                          s/ Robert J. White
                                              Robert J. White
                                              United States District Judge

2